IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRANCE LAMONT JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3087 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| TECUMSEH STATE CORRECTIONAL INSTITUTION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Before the court is filing no. 6, the motion by the plaintiff, Terrance Lamont Johnson, for voluntary dismissal of the above-entitled case, without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted.

THEREFORE, IT IS ORDERED:

1. That filing no. 6 is granted, and the above-entitled case is dismissed without prejudice at the plaintiff's request;

2. That filing no. 2, the plaintiff's Motion to Proceed In Forma Pauperis, is denied as moot; and

3. That a separate Judgment will be entered in accordance with this Memorandum and Order.

DATED this 23rd day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge